UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

LUIS MENDEZ,

                    Plaintiff(s),          05 Civ 7982 (JGK) (DFE)

        - against -                        ORDER OF DISCONTINUANCE

AMERICAN AIRLINES, INC.,

                    Defendant(s).
------------------------------------------x

        The parties having reached a resolution of this action, and
the parties having agreed to this order, and the parties having
consented to Magistrate Judge Eaton's jurisdiction for the
limited purpose of entering this order,

        IT IS HEREBY ORDERED that the above-captioned action be, and
the same hereby is, discontinued with prejudice but without
costs; provided, however, that on or before _July 23, 2007_
the plaintiff may apply to Magistrate Judge Eaton by letter (by
fax and by mail) for restoration of the action to the calendar if
the settlement is not effected, in which event the action will be
restored to the calendar of the District Judge.


        SO ORDERED.

                                _____
                                DOUGLAS F. EATON
                                United States Magistrate Judge

Dated:    New York, New York

          _May 24_, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/25/07