UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS MENDEZ,

                        Plaintiff,

    -against-

AMERICAN AIRLINES, INC. and "JANE DOE,"

                      Defendants.
------------------------------------------------------------X

**ECF CASE**

05 CV 7982 (JGK)

**STIPULATION OF DISCONTINUANCE**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the plaintiff and defendant AMERICAN AIRLINES, INC., the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that Plaintiffs' action is hereby dismissed, with prejudice, without costs to either party as against the other.

Dated: New York, New York
         May 29, 2007

KRIEGER, WILANSKY & HUPART, ESQS

By: _____
    Wayne Wilansky, Esq.
    Attorneys for Plaintiff
    5602 Broadway
    Bronx, New York 10463
    (718) 432-0500
    Fax:(718) 432-1803

RUTHERFORD & CHRISTIE, LLP

By: _____
    L. Diana Mulderig, Esq.(LM 9835)
    Attorneys for Defendant
    AMERICAN AIRLINES, INC.
    300 East 42nd Street, 18th Floor
    New York, New York 10017
    (212) 599-5799
    Fax: (212) 599-5162

~~SO~~ ORDERED:

_____
Hon. John G. Koeltl
United States District Judge

9/21/0

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/07